UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JAMES D. BLUE et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-20-1210-G |
| | ) |
| **CITY OF CHICKASHA,** | ) |
| **OKLAHOMA,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal of Action with Prejudice (Doc. No. 19), including the stipulations regarding their settlement of the action in accordance with the parties' Settlement Agreement dated September 14, 2021, set forth in the Motion now before the Court. The Court finds good cause to grant the Motion and rules as follows:

1. The Settlement Agreement is approved as fair and reasonable in all respects as to the Plaintiffs, and the Parties shall perform the Settlement Agreement in accordance with its terms.

2. Accordingly, the settlement having been approved, the claims of the Plaintiffs in this action are dismissed with prejudice.

IT IS SO ORDERED this 14th day of October, 2021.

_____
CHARLES B. GOODWIN
United States District Judge